# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIMOTHY HORNER,

        Plaintiff,

  v.                                 Case No. 06-C-183

JO ANN BARNHART,

        Defendant.

## ORDER

Plaintiff has filed a social security action and, along with his complaint has filed a motion for leave to proceed in forma pauperis. From these filings, it is evident that Mr. Horner is indigent. *See* 28 U.S.C. § 1915. He indicates that he does not have a job and relies largely on government support for his living expenses. I do note that the plaintiff apparently has cable television, a factor which strongly suggests nonindigency. In any event, however, the motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED**, that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security. Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

**SO ORDERED** this   15th   day of February, 2006.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge